FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 28 P 2:18

_____ WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CURTIS E. DILLON 282159  CIVIL ACTION

VERSUS  NO. 00-0031

STATE OF LOUISIANA  SECTION: SECT. N MAG. 2

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

[✓] the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

[ ] the motion is MOOT; the party was previously granted pauper status.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED as MOOT; the filing fee has already been paid.

[ ] the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 28th day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY JAN 31 2000

Fee_____
Process_____
X/Dktd _____
_ CtRmDep _____
Doc.No. _____