

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 29 P 1: 43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURTIS E. DILLON | CIVIL ACTION |
| VERSUS | NO. 00-0031 |
| STATE OF LOUISIANA | SECTION "N" (2) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Dillon's petition for a writ of mandamus be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim for which relief may be granted.

New Orleans, Louisiana, this 29 day of February, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 29 2000

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc.No.