

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS E. DILLON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0031** |
| **STATE OF LOUISIANA** | **SECTION "N" (2)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, the State of Louisiana, and against petitioner, Curtis E. Dillon, dismissing his petition for a writ of mandamus with prejudice.

New Orleans, Louisiana, this 29 day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY FEB 29 2000